IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT DONNELL BATTS,
        Petitioner,
   v.                                  **Judgment in a Civil Case**
UNITED STATES OF AMERICA; D.
STEPHENS,
        Respondents.                 Case Number: 5:11-HC-2250-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 22, 2012, with service on:
Robert Donnell Batts  51142-056, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)

August 22, 2012                                          /s/ Julie A. Richards
                                                                      Clerk